IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 APR 25 PM 3:40
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN RE: : CASE NO. 3:19-CR-76

SEALED DOCUMENTS :

: ORDER SEALING INDICTMENT

- - - - - - - - - - - -

IT IS HEREBY ORDERED, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, that the Indictment herein be kept secret until the defendant(s) is/are in custody. Until such time, the Clerk is directed to seal the indictment, arrest warrant, this order, and the motion of the United States, and no person shall disclose the return of the indictment except when necessary for the issuance and execution of warrant of arrest.

_____
WALTER H. RICE
U.S. District Court Judge